EXHIBIT E

| US6487528 | Mercer ("The accused instrumentality") |
|---|---|
| 1. Method for encoding at least one of audio and video frame data for which encoding parameters are required, including the following steps: | The accused instrumentality discloses a method for encoding at least one of audio and video frame data for which encoding parameters are required. <br><br> On information and belief, Defendant performs all steps of this claim or, alternatively, to the extent a user performs any step, Defendant conditions the user's use of Defendant's accused instrumentalities using the Standard on the performance of that step as disclosed herein. For example, on information and belief, a user cannot use the accused instrumentality utilizing the Standard as described in this claim chart without performance of the steps recited in this claim. By providing the accused instrumentality utilizing the Standard as disclosed herein, Defendant also controls the manner and/or timing of the functionality described in this claim chart. In other words, for a user to utilize the functionality described in this claim chart, the steps of this claim must be performed in the manner described herein. Without performance of the steps as described herein, Defendant's functionality will not be available to users. <br><br> The accused instrumentality uses H.264 video coding standard (hereinafter referred to as "The standard"). It has various encoding parameters such as quantization, entropy, block size, type of coding, profile etc. |



https://www.mercer.us/what-we-do/workforce-and-careers/employee-experience-strategy.html

The accused instrumentality provides H.264 based videos as shown below.

Listen to your employees to create a stronger and more inclusive culture.



**Watch video:** Learn how an employee listening strategy can help your organization on it's diversity, equity, and inclusion journey.

https://www.mercer.us/what-we-do/workforce-and-careers/employee-experience-strategy.html

**Entity**
Content-Length: 1717944
Content-Type: video/MP2T
ETag: "9e204bf5c0be0f7ac8eccf38b183033d"
Last-Modified: Fri, 01 Jan 2016 00:00:00 GMT
**Miscellaneous**

Source: Fiddler packet capture

**Client**

    Accept: */*

    Accept-Encoding: gzip, deflate, br

    Accept-Language: en-US,en;q=0.9

    User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) C

**Miscellaneous**

    Referer: https://www.mercer.us/

**Security**

    sec-ch-ua: "Google Chrome";v="107", "Chromium";v="107", "Not=A?Brand";v="24"

    sec-ch-ua-mobile: ?0

    sec-ch-ua-platform: "Windows"

    Sec-Fetch-Dest: script

    Sec-Fetch-Mode: no-cors

    Sec-Fetch-Site: cross-site

**Transport**

    Connection: keep-alive

| Transformer | Headers | TextView | SyntaxView | ImageView | HexView | WebView | A |

```
{x=d.catalogMedia=n.catalog.autoFindAndLoadMedia(A)}if(x&&x.type==="video"){if(/^[\d]+$/.test(x.id)){n.r
n.on("loadstart",function(){if(n.language()&&n.catalog.getMetadata({lang:n.language()})){n.trigger({type:"us
R=function e(){return(new Date).toISOString().split("T")[0]+":"+n.bcAnalytics.client.getSession()};n.ready(fu
{Oe.perf.mark("bcInitEnd");Oe.perf.measure("bcInit","bcInitStart","bcInitEnd");if(n.usingPlugin("playerInfo"
$(".vjs-pi-section--player tbody");if(!e||!i){return}var r=t.createElement("tr");var a=t.createElement("tr");r.inne
<td>"+e+"</td>";i.appendChild(r);a.innerHTML="<td>"+n.localize("Player Element ID")+"</td> <td>"+n.id
{n.errorDisplay.on("modalfill",function(){var e=R();var t=n.errorDisplay.$(".vjs-errors-content-container");if(!e
id",innerHTML:"<b>"+n.localize("Session ID:")+"</b> "+e+" "+"<b>"+n.localize("Player Element ID:")+"<
{if(n.playerInfo.modal){n.playerInfo.modal.close()}})}if(n.hasPlugin("dock")){var O=C&&(C[0]&&C[0].title||C.titl
{if(n.controls()){var t=n.mediainfo;var i=n.language()||"";var r;if(n.usingPlugin("catalog")){r=n.catalog.getMet
n.dock({title:r&&r.name||t&&t.name||O,description:r&&r.description||t&&t.description||P})}};D();n.on(["loadstart"
i=t.registerPlugin||t.plugin;i("touchActive",function(){if(!t.browser.TOUCH_ENABLED){return}var e=this;var i
t=e.options._inactivityTimeout>0?e.options._inactivityTimeout:5e3;e.el().className+=" vjs-user-active";e.
vt={"com.widevine.alpha":"Widevine","com.microsoft.playready":"PlayReady","com.apple.fps":"FairPlay"
codecs="avc1.42E01E":"H.264",video/mp4; codecs="hvc1":"HEVC",video/webm; codecs="vp8, vor
codecs="avc1.42E01E":"HLS","application/dash+xml":"DASH",video/mp4; codecs="mp4a.40.2":"AA(
```

Source: Fiddler packet capture



Source: Fiddler packet capture



**Figure 9-7 – Flowchart for encoding a decision**

Source: PDF of the H.264 standard



**Figure 9-8 – Flowchart of renormalization in the encoder**

Source: PDF of the H.264 standard



**Figure 9-11 – Flowchart of encoding a decision before termination**

When the value of binVal to encode is equal to 1, CABAC encoding is terminated and the flushing procedure shown in Figure 9-12 is applied. In this flushing procedure, the last bit written by WriteBits( B, N ) is equal to 1. When encoding end_of_slice_flag, this last bit is interpreted as the rbsp_stop_one_bit.

**Figure 9-12 – Flowchart of flushing at termination**

Source: PDF of the H.264 standard

## 2 How does an H.264 codec work ?

An H.264 video encoder carries out prediction, transform and encoding processes (see Figure 1) to produce a compressed H.264 bitstream. An H.264 video decoder carries out the complementary processes of decoding, inverse transform and reconstruction to produce a decoded video sequence.

### 2.1 Encoder processes

Prediction

The encoder processes a frame of video in units of a **Macroblock** (16x16 displayed pixels). It forms a **prediction** of the macroblock based on previously-coded data, either from the current frame (**Intra** prediction) or from other frames that have already been coded and transmitted (**Inter** prediction). The encoder subtracts the prediction from the current macroblock to form a **residual**[1].

The prediction methods supported by H.264 are more flexible than those in previous standards, enabling accurate predictions and hence efficient video compression. Intra prediction uses 16x16 and 4x4 block sizes to predict the macroblock from surrounding, previously-coded pixels within the same frame (Figure 2).



https://www.vcodex.com/an-overview-of-h264-advanced-video-coding/

**pre_slice_header_src, pre_ref_lists_src, pre_pred_weight_table_src** and **pre_dec_ref_pic_marking_src** specify if the respective syntax elements are present in the slice header, and, if not, the slice header from which the values of the respective syntax elements are taken as specified in Table J-1 and Table J-2.

When a syntax element has an inferred value in the slice header from which its value is taken according to Table J-1 and Table J-2, the syntax element value in the current slice header is equal to this inferred value. When a syntax element is not present and has no inferred value in the slice header from which its value is taken according to Table J-1 and Table J-2, the syntax element is inferred to be absent in the current slice header.

pre_slice_header_src shall not be equal to 0.

When ViewCompOrder( DepthFlag, view_id ) is smaller than ViewCompOrder( !DepthFlag, view_id ), pre_slice_header_src, pre_ref_lists_src, pre_pred_weight_table_src and pre_dec_ref_pic_marking_src shall not be equal to 2.

**Table J-1 – Respective syntax elements for pre_slice_header_src, pre_ref_lists_src, pre_pred_weight_table_src and pre_dec_ref_pic_marking_src**

| Prediction indication syntax element | Respective syntax elements |
|---|---|
| pre_slice_header_src | colour_plane_id, frame_num, field_pic_flag, bottom_field_flag, idr_pic_id, pic_order_cnt_lsb, delta_pic_order_cnt_bottom, delta_pic_order_cnt[ 0 ], delta_pic_order_cnt[ 1 ], redundant_pic_cnt, direct_spatial_mv_pred_flag, cabac_init_idc, sp_for_switch_flag, slice_qs_delta, disable_deblocking_filter_idc, slice_alpha_c0_offset_div2, slice_beta_offset_div2, slice_group_change_cycle, depth_weighted_pred_flag, dmvp_flag, slice_vsp_flag, dps_id |
| pre_ref_lists_src | num_ref_idx_active_override_flag, num_ref_idx_l0_active_minus1, num_ref_idx_l1_active_minus1 and reference picture list modification syntax table |
| pre_pred_weight_table_src | pred_weight_table( ) syntax structure |
| pre_dec_ref_pic_marking_src | dec_ref_pic_marking( ) syntax structure |

Source: PDF of the H.264 standard

**7.3.4    Slice data syntax**

| slice_data( ) { | C | Descriptor |
|---|---|---|
| if( entropy_coding_mode_flag ) | | |
| while( !byte_aligned( ) ) | | |
| cabac_alignment_one_bit | 2 | f(1) |
| CurrMbAddr = first_mb_in_slice * ( 1 + MbaffFrameFlag ) | | |
| moreDataFlag = 1 | | |
| prevMbSkipped = 0 | | |
| do { | | |
| if( slice_type != I && slice_type != SI ) | | |
| if( !entropy_coding_mode_flag ) { | | |
| mb_skip_run | 2 | ue(v) |
| prevMbSkipped = ( mb_skip_run > 0 ) | | |
| for( i=0; i<mb_skip_run; i++ ) | | |
| CurrMbAddr = NextMbAddress( CurrMbAddr ) | | |
| if( mb_skip_run > 0 ) | | |
| moreDataFlag = more_rbsp_data( ) | | |
| } else { | | |
| mb_skip_flag | 2 | ae(v) |
| moreDataFlag = !mb_skip_flag | | |
| } | | |

Source: PDF of the H.264 standard

**7.3.2.1.1 Sequence parameter set data syntax**

| | C | Descriptor |
|---|---|---|
| seq_parameter_set_data( ) { | | |
|   profile_idc | 0 | u(8) |
|   constraint_set0_flag | 0 | u(1) |
|   constraint_set1_flag | 0 | u(1) |
|   constraint_set2_flag | 0 | u(1) |
|   constraint_set3_flag | 0 | u(1) |
|   constraint_set4_flag | 0 | u(1) |
|   constraint_set5_flag | 0 | u(1) |
|   reserved_zero_2bits /* equal to 0 */ | 0 | u(2) |
|   level_idc | 0 | u(8) |
|   seq_parameter_set_id | 0 | ue(v) |
|   if( profile_idc == 100 \|\| profile_idc == 110 \|\|<br>    profile_idc == 122 \|\| profile_idc == 244 \|\| profile_idc == 44 \|\|<br>    profile_idc == 83 \|\| profile_idc == 86 \|\| profile_idc == 118 \|\|<br>    profile_idc == 128 \|\| profile_idc == 138 \|\| profile_idc == 139 \|\|<br>    profile_idc == 134 \|\| profile_idc == 135 ) { | | |
|     chroma_format_idc | 0 | ue(v) |
|     if( chroma_format_idc == 3 ) | | |
|       separate_colour_plane_flag | 0 | u(1) |
|     bit_depth_luma_minus8 | 0 | ue(v) |
|     bit_depth_chroma_minus8 | 0 | ue(v) |
|     qpprime_y_zero_transform_bypass_flag | 0 | u(1) |
|     seq_scaling_matrix_present_flag | 0 | u(1) |
|     if( seq_scaling_matrix_present_flag ) | | |
|       for( i = 0; i < ( ( chroma_format_idc != 3 ) ? 8 : 12 ); i++ ) { | | |
|         seq_scaling_list_present_flag[ i ] | 0 | u(1) |
|         if( seq_scaling_list_present_flag[ i ] ) | | |
|           if( i < 6 ) | | |
|             scaling_list( ScalingList4x4[ i ], 16,<br>                UseDefaultScalingMatrix4x4Flag[ i ] ) | 0 | |
|           else | | |
|             scaling_list( ScalingList8x8[ i − 6 ], 64,<br>                UseDefaultScalingMatrix8x8Flag[ i − 6 ] ) | 0 | |

Source: PDF of the H.264 standard

<table>
<tr>
<td></td>
<td>

**A.3.2    Level limits common to the High, Progressive High, Constrained High, High 10, Progressive High 10, High 4:2:2,    High 4:4:4 Predictive,    High 10 Intra,    High 4:2:2 Intra,    High 4:4:4 Intra,    and CAVLC 4:4:4 Intra profiles**

Bitstreams conforming to the High, Progressive High, Constrained High, High 10, Progressive High 10, High 4:2:2, High 4:4:4 Predictive, High 10 Intra, High 4:2:2 Intra, High 4:4:4 Intra, or CAVLC 4:4:4 Intra profiles at a specified level shall obey the following constraints:

a) The nominal removal time of access unit n (with n > 0) from the CPB as specified in clause C.1.2, satisfies the constraint that $t_{r,n}(n) - t_r(n-1)$ is greater than or equal to Max( PicSizeInMbs ÷ MaxMBPS, fR ), where MaxMBPS is the value specified in Table A-1 that applies to picture n − 1, and PicSizeInMbs is the number of macroblocks in picture n − 1.

b) The difference between consecutive output times of pictures from the DPB as specified in clause C.2.2, satisfies the constraint that $\Delta t_{o,dpb}(n) >=$ Max( PicSizeInMbs ÷ MaxMBPS, fR ), where MaxMBPS is the value specified in Table A-1 for picture n, and PicSizeInMbs is the number of macroblocks of picture n, provided that picture n is a picture that is output and is not the last picture of the bitstream that is output.

c) PicWidthInMbs * FrameHeightInMbs <= MaxFS, where MaxFS is specified in Table A-1

Source: PDF of the H.264 standard

</td>
</tr>
<tr>
<td>linking the required encoding parameters at the input of the processing with frames of said at least one of audio and video data to be encoded;</td>
<td>The standard discloses linking the required encoding parameters (e.g., block size, entropy coding, quantization along with data present in slice etc.) at the input of the processing with frames of said at least one of audio and video data to be encoded.</td>
</tr>
</table>

**3.27**    **coded frame**: A *coded representation* of a *frame*.

**3.28**    **coded picture**: A *coded representation* of a *picture*. A coded picture may be either a *coded field* or a *coded frame*. Coded picture is a collective term referring to a *primary coded picture* or a *redundant coded picture*, but not to both together.

**3.29**    **coded picture buffer (CPB)**: A first-in first-out buffer containing *access units* in *decoding order* specified in the *hypothetical reference decoder* in Annex C.

**3.30**    **coded representation**: A data element as represented in its coded form.

**3.31**    **coded slice data partition NAL unit**: A *NAL unit* containing a *slice data partition*.

**3.32**    **coded slice NAL unit**: A *NAL unit* containing a *slice* that is not a *slice* of an *auxiliary coded picture*.

**3.33**    **coded video sequence**: A sequence of *access units* that consists, in decoding order, of an *IDR access unit* followed by zero or more non-IDR *access units* including all subsequent *access units* up to but not including any subsequent *IDR access unit*.

**3.34**    **component**: An array or single sample from one of the three arrays (*luma* and two *chroma*) that make up a *field* or *frame* in 4:2:0, 4:2:2, or 4:4:4 colour format or the array or a single sample of the array that make up a *field* or *frame* in monochrome format.

Source: PDF of the H.264 standard

| | |
|---|---|
| | **3.76**    **inverse transform**: A part of the *decoding process* by which a set of *transform coefficients* are converted into spatial-domain values, or by which a set of *transform coefficients* are converted into *DC transform coefficients*. |
| | **3.77**    **layer**: One of a set of syntactical structures in a non-branching hierarchical relationship. Higher layers contain lower layers. The coding layers are the *coded video sequence, picture, slice,* and *macroblock* layers. |
| | **3.78**    **level**: A defined set of constraints on the values that may be taken by the *syntax elements* and variables of this Recommendation \| International Standard. The same set of levels is defined for all *profiles*, with most aspects of the definition of each level being in common across different *profiles*. Individual implementations may, within specified constraints, support a different level for each supported *profile*. In a different context, a level is the value of a *transform coefficient* prior to *scaling* (see the definition of *transform coefficient level*). |
| | **3.79**    **list**: A one-dimensional array of *syntax elements* or variables. |
| | **3.80**    **list 0 (list 1) motion vector**: A *motion vector* associated with a *reference index* pointing into *reference picture list 0 (list 1)*. |
| | **3.81**    **list 0 (list 1) prediction**: *Inter prediction* of the content of a *slice* using a *reference index* pointing into *reference picture list 0 (list 1)*. |
| | **3.82**    **local coordinate axes**: coordinate axes having a specified rotation relationship relative to the *global coordinate axes*. |
| | **3.83**    **luma**: An adjective specifying that a sample array or single sample is representing the monochrome signal related to the primary colours. The symbol or subscript used for luma is Y or L.<br><br>    NOTE – The term luma is used rather than the term luminance in order to avoid the implication of the use of linear light transfer characteristics that is often associated with the term luminance. The symbol L is sometimes used instead of the symbol Y to avoid confusion with the symbol y as used for vertical location. |
| | **3.84**    **macroblock**: A 16x16 *block* of *luma* samples and two corresponding *blocks* of *chroma* samples of a *picture* that has three sample arrays, or a 16x16 *block* of samples of a monochrome *picture* or a *picture* that is coded using three separate colour planes. The division of a *slice* or a *macroblock pair* into macroblocks is a *partitioning*. |
| | Source: PDF of the H.264 standard |

3.88    **macroblock pair**: A pair of vertically contiguous *macroblocks* in a *frame* that is coupled for use in *macroblock-adaptive frame/field decoding*. The division of a *slice* into macroblock pairs is a *partitioning*.

3.89    **macroblock partition**: A *block* of *luma* samples and two corresponding *blocks* of *chroma* samples resulting from a *partitioning* of a *macroblock* for *inter prediction* for a *picture* that has three sample arrays or a *block* of *luma* samples resulting from a *partitioning* of a *macroblock* for *inter prediction* for a monochrome *picture* or a *picture* that is coded using three separate colour planes.

3.90    **macroblock to slice group map**: A means of mapping *macroblocks* of a *picture* into *slice groups*. The macroblock to slice group map consists of a list of numbers, one for each coded *macroblock*, specifying the *slice group* to which each coded *macroblock* belongs.

3.91    **map unit to slice group map**: A means of mapping *slice group map units* of a *picture* into *slice groups*. The map unit to slice group map consists of a list of numbers, one for each *slice group map unit*, specifying the *slice group* to which each coded *slice group map unit* belongs.

Source: PDF of the H.264 standard

**9.3    CABAC parsing process for slice data**

This process is invoked when parsing syntax elements with descriptor ae(v) in clauses 7.3.4 and 7.3.5 when entropy_coding_mode_flag is equal to 1.

Inputs to this process are a request for a value of a syntax element and values of prior parsed syntax elements.

Output of this process is the value of the syntax element.

When starting the parsing of the slice data of a slice in clause 7.3.4, the initialization process of the CABAC parsing process is invoked as specified in clause 9.3.1.

The parsing of syntax elements proceeds as follows.

For each requested value of a syntax element a binarization is derived as described in clause 9.3.2.

Source: PDF of the H.264 standard



**Figure 9-11 – Flowchart of encoding a decision before termination**

When the value of binVal to encode is equal to 1, CABAC encoding is terminated and the flushing procedure shown in Figure 9-12 is applied. In this flushing procedure, the last bit written by WriteBits( B, N ) is equal to 1. When encoding end_of_slice_flag, this last bit is interpreted as the rbsp_stop_one_bit.

**Figure 9-12 – Flowchart of flushing at termination**

Source: PDF of the H.264 standard

**pre_slice_header_src**, **pre_ref_lists_src**, **pre_pred_weight_table_src** and **pre_dec_ref_pic_marking_src** specify if the respective syntax elements are present in the slice header, and, if not, the slice header from which the values of the respective syntax elements are taken as specified in Table J-1 and Table J-2.

When a syntax element has an inferred value in the slice header from which its value is taken according to Table J-1 and Table J-2, the syntax element value in the current slice header is equal to this inferred value. When a syntax element is not present and has no inferred value in the slice header from which its value is taken according to Table J-1 and Table J-2, the syntax element is inferred to be absent in the current slice header.

pre_slice_header_src shall not be equal to 0.

When ViewCompOrder( DepthFlag, view_id ) is smaller than ViewCompOrder( !DepthFlag, view_id ), pre_slice_header_src, pre_ref_lists_src, pre_pred_weight_table_src and pre_dec_ref_pic_marking_src shall not be equal to 2.

**Table J-1 – Respective syntax elements for pre_slice_header_src, pre_ref_lists_src, pre_pred_weight_table_src and pre_dec_ref_pic_marking_src**

| Prediction indication syntax element | Respective syntax elements |
|---|---|
| pre_slice_header_src | colour_plane_id, frame_num, field_pic_flag, bottom_field_flag, idr_pic_id, pic_order_cnt_lsb, delta_pic_order_cnt_bottom, delta_pic_order_cnt[ 0 ], delta_pic_order_cnt[ 1 ], redundant_pic_cnt, direct_spatial_mv_pred_flag, cabac_init_idc, sp_for_switch_flag, slice_qs_delta, disable_deblocking_filter_idc, slice_alpha_c0_offset_div2, slice_beta_offset_div2, slice_group_change_cycle, depth_weighted_pred_flag, dmvp_flag, slice_vsp_flag, dps_id |
| pre_ref_lists_src | num_ref_idx_active_override_flag, num_ref_idx_l0_active_minus1, num_ref_idx_l1_active_minus1 and reference picture list modification syntax table |
| pre_pred_weight_table_src | pred_weight_table( ) syntax structure |
| pre_dec_ref_pic_marking_src | dec_ref_pic_marking( ) syntax structure |

Source: PDF of the H.264 standard

#### 7.3.4    Slice data syntax

| slice_data( ) { | C | Descriptor |
|---|---|---|
| if( entropy_coding_mode_flag ) | | |
| while( !byte_aligned( ) ) | | |
| cabac_alignment_one_bit | 2 | f(1) |
| CurrMbAddr = first_mb_in_slice * ( 1 + MbaffFrameFlag ) | | |
| moreDataFlag = 1 | | |
| prevMbSkipped = 0 | | |
| do { | | |
| if( slice_type != I && slice_type != SI ) | | |
| if( !entropy_coding_mode_flag ) { | | |
| mb_skip_run | 2 | ue(v) |
| prevMbSkipped = ( mb_skip_run > 0 ) | | |
| for( i=0; i<mb_skip_run; i++ ) | | |
| CurrMbAddr = NextMbAddress( CurrMbAddr ) | | |
| if( mb_skip_run > 0 ) | | |
| moreDataFlag = more_rbsp_data( ) | | |
| } else { | | |
| mb_skip_flag | 2 | ae(v) |
| moreDataFlag = !mb_skip_flag | | |
| } | | |

Source: PDF of the H.264 standard

**7.3.2.1.1  Sequence parameter set data syntax**

| | C | Descriptor |
|---|---|---|
| seq_parameter_set_data( ) { | | |
| profile_idc | 0 | u(8) |
| constraint_set0_flag | 0 | u(1) |
| constraint_set1_flag | 0 | u(1) |
| constraint_set2_flag | 0 | u(1) |
| constraint_set3_flag | 0 | u(1) |
| constraint_set4_flag | 0 | u(1) |
| constraint_set5_flag | 0 | u(1) |
| reserved_zero_2bits  /* equal to 0 */ | 0 | u(2) |
| level_idc | 0 | u(8) |
| seq_parameter_set_id | 0 | ue(v) |
| if( profile_idc == 100 \|\| profile_idc == 110 \|\|<br>    profile_idc == 122 \|\| profile_idc == 244 \|\| profile_idc == 44 \|\|<br>    profile_idc == 83 \|\| profile_idc == 86 \|\| profile_idc == 118 \|\|<br>    profile_idc == 128 \|\| profile_idc == 138 \|\| profile_idc == 139 \|\|<br>    profile_idc == 134 \|\| profile_idc == 135 ) { | | |
| chroma_format_idc | 0 | ue(v) |
| if( chroma_format_idc == 3 ) | | |
| separate_colour_plane_flag | 0 | u(1) |
| bit_depth_luma_minus8 | 0 | ue(v) |
| bit_depth_chroma_minus8 | 0 | ue(v) |
| qpprime_y_zero_transform_bypass_flag | 0 | u(1) |
| seq_scaling_matrix_present_flag | 0 | u(1) |
| if( seq_scaling_matrix_present_flag ) | | |
| for( i = 0; i < ( ( chroma_format_idc != 3 ) ? 8 : 12 ); i++ ) { | | |
| seq_scaling_list_present_flag[ i ] | 0 | u(1) |
| if( seq_scaling_list_present_flag[ i ] ) | | |
| if( i < 6 ) | | |
| scaling_list( ScalingList4x4[ i ], 16,<br>            UseDefaultScalingMatrix4x4Flag[ i ] ) | 0 | |
| else | | |
| scaling_list( ScalingList8x8[ i − 6 ], 64,<br>            UseDefaultScalingMatrix8x8Flag[ i − 6 ] ) | 0 | |

Source: PDF of the H.264 standard

The following semantics are assigned to the macroblock types in Table 7-11:

–  I_NxN: A mnemonic name for mb_type equal to 0 with MbPartPredMode( mb_type, 0 ) equal to Intra_4x4 or Intra_8x8.

–  I_16x16_0_0_0,  I_16x16_1_0_0,  I_16x16_2_0_0,  I_16x16_3_0_0,  I_16x16_0_1_0,  I_16x16_1_1_0, I_16x16_2_1_0,  I_16x16_3_1_0,  I_16x16_0_2_0,  I_16x16_1_2_0,  I_16x16_2_2_0,  I_16x16_3_2_0, I_16x16_0_0_1,  I_16x16_1_0_1,  I_16x16_2_0_1,  I_16x16_3_0_1,  I_16x16_0_1_1,  I_16x16_1_1_1, I_16x16_2_1_1,  I_16x16_3_1_1,  I_16x16_0_2_1,  I_16x16_1_2_1,  I_16x16_2_2_1,  I_16x16_3_2_1:  the macroblock is coded as an Intra_16x16 prediction macroblock.

To each Intra_16x16 prediction macroblock, an Intra16x16PredMode is assigned, which specifies the Intra_16x16 prediction mode, and values of CodedBlockPatternLuma and CodedBlockPatternChroma are assigned as specified in Table 7-11.

Intra_4x4 specifies the macroblock prediction mode and specifies that the Intra_4x4 prediction process is invoked as specified in clause 8.3.1. Intra_4x4 is an Intra macroblock prediction mode.

Intra_8x8 specifies the macroblock prediction mode and specifies that the Intra_8x8 prediction process is invoked as specified in clause 8.3.2. Intra_8x8 is an Intra macroblock prediction mode.

Intra_16x16 specifies the macroblock prediction mode and specifies that the Intra_16x16 prediction process is invoked as specified in clause 8.3.3. Intra_16x16 is an Intra macroblock prediction mode.

Source: PDF of the H.264 standard

Figure 3.27 shows a pixel X that is to be encoded. If the frame is processed in raster order, then pixels A, B and C in the current and previous rows are available in both the encoder



**Figure 3.27** Spatial prediction (DPCM)

42                                                                The H.264 Advanced Video Compression Standard

and the decoder since these should already have been decoded before X. The encoder forms a prediction for X based on some combination of previously coded pixels, subtracts this prediction from X and encodes the residual, the result of the subtraction. The decoder forms the same prediction and adds the decoded residual to reconstruct the pixel.

https://www.wiley.com/en-gb/The+H+264+Advanced+Video+Compression+Standard%2C+2nd+Edition-p-9780470516928

**A.3.2 Level limits common to the High, Progressive High, Constrained High, High 10, Progressive High 10, High 4:2:2, High 4:4:4 Predictive, High 10 Intra, High 4:2:2 Intra, High 4:4:4 Intra, and CAVLC 4:4:4 Intra profiles**

Bitstreams conforming to the High, Progressive High, Constrained High, High 10, Progressive High 10, High 4:2:2, High 4:4:4 Predictive, High 10 Intra, High 4:2:2 Intra, High 4:4:4 Intra, or CAVLC 4:4:4 Intra profiles at a specified level shall obey the following constraints:

a) The nominal removal time of access unit n (with $n > 0$) from the CPB as specified in clause C.1.2, satisfies the constraint that $t_{r,n}( n ) - t_r( n - 1 )$ is greater than or equal to Max( PicSizeInMbs ÷ MaxMBPS, fR ), where MaxMBPS is the value specified in Table A-1 that applies to picture $n - 1$, and PicSizeInMbs is the number of macroblocks in picture $n - 1$.

b) The difference between consecutive output times of pictures from the DPB as specified in clause C.2.2, satisfies the constraint that $\Delta t_{o,dpb}( n ) >= $ Max( PicSizeInMbs ÷ MaxMBPS, fR ), where MaxMBPS is the value specified in Table A-1 for picture n, and PicSizeInMbs is the number of macroblocks of picture n, provided that picture n is a picture that is output and is not the last picture of the bitstream that is output.

c) PicWidthInMbs * FrameHeightInMbs <= MaxFS, where MaxFS is specified in Table A-1

Source: PDF of the H.264 standard

| keeping the required encoding parameters linked throughout different subsequent stages in the encoding processing, wherein in each of theses stages the corresponding encoding parameters linked with current frame data to be processed are regarded in order to allow switching of the encoding parameters for any | The standard discloses keeping the required encoding parameters (e.g., block size, entropy coding, quantization, type of prediction model to be used along with data present in slice etc.) linked throughout different subsequent stages in the encoding processing, wherein in each of theses stages the corresponding encoding parameters linked with current frame data to be processed are regarded in order to allow switching of the encoding parameters for any frame thereby avoiding encoding of invalid output data without reset.<br><br>As shown below, each frame/macroblock is encoded according to linked parameter like block size, quantization, profile type, entropy coding etc. All the different stages such as quantization, entropy coding etc. encode data according to the linked parameters, and whenever a new frame/macroblock arrives, parameters are switched accordingly without any reset. |

| | | |
|---|---|---|
| frame thereby avoiding encoding of invalid output data without reset. | 3.27 | **coded frame**: A *coded representation* of a *frame*. |
| | 3.28 | **coded picture**: A *coded representation* of a *picture*. A coded picture may be either a *coded field* or a *coded frame*. Coded picture is a collective term referring to a *primary coded picture* or a *redundant coded picture*, but not to both together. |
| | 3.29 | **coded picture buffer (CPB)**: A first-in first-out buffer containing *access units* in *decoding order* specified in the *hypothetical reference decoder* in Annex C. |
| | 3.30 | **coded representation**: A data element as represented in its coded form. |
| | 3.31 | **coded slice data partition NAL unit**: A *NAL unit* containing a *slice data partition*. |
| | 3.32 | **coded slice NAL unit**: A *NAL unit* containing a *slice* that is not a *slice* of an *auxiliary coded picture*. |
| | 3.33 | **coded video sequence**: A sequence of *access units* that consists, in decoding order, of an *IDR access unit* followed by zero or more non-IDR *access units* including all subsequent *access units* up to but not including any subsequent *IDR access unit*. |
| | 3.34 | **component**: An array or single sample from one of the three arrays (*luma* and two *chroma*) that make up a *field* or *frame* in 4:2:0, 4:2:2, or 4:4:4 colour format or the array or a single sample of the array that make up a *field* or *frame* in monochrome format. |
| | Source: PDF of the H.264 standard | |

| | |
|---|---|
| | **3.76**    **inverse transform**: A part of the *decoding process* by which a set of *transform coefficients* are converted into spatial-domain values, or by which a set of *transform coefficients* are converted into *DC transform coefficients*.<br><br>**3.77**    **layer**: One of a set of syntactical structures in a non-branching hierarchical relationship. Higher layers contain lower layers. The coding layers are the *coded video sequence, picture, slice,* and *macroblock* layers.<br><br>**3.78**    **level**: A defined set of constraints on the values that may be taken by the *syntax elements* and variables of this Recommendation \| International Standard. The same set of levels is defined for all *profiles*, with most aspects of the definition of each level being in common across different *profiles*. Individual implementations may, within specified constraints, support a different level for each supported *profile*. In a different context, a level is the value of a *transform coefficient* prior to *scaling* (see the definition of *transform coefficient level*).<br><br>**3.79**    **list**: A one-dimensional array of *syntax elements* or variables.<br><br>**3.80**    **list 0 (list 1) motion vector**: A *motion vector* associated with a *reference index* pointing into *reference picture list 0 (list 1)*.<br><br>**3.81**    **list 0 (list 1) prediction**: *Inter prediction* of the content of a *slice* using a *reference index* pointing into *reference picture list 0 (list 1)*.<br><br>**3.82**    **local coordinate axes**: coordinate axes having a specified rotation relationship relative to the *global coordinate axes*.<br><br>**3.83**    **luma**: An adjective specifying that a sample array or single sample is representing the monochrome signal related to the primary colours. The symbol or subscript used for luma is Y or L.<br><br>       NOTE – The term luma is used rather than the term luminance in order to avoid the implication of the use of linear light transfer characteristics that is often associated with the term luminance. The symbol L is sometimes used instead of the symbol Y to avoid confusion with the symbol y as used for vertical location.<br><br>**3.84**    **macroblock**: A 16x16 *block* of *luma* samples and two corresponding *blocks* of *chroma* samples of a *picture* that has three sample arrays, or a 16x16 *block* of samples of a monochrome *picture* or a *picture* that is coded using three separate colour planes. The division of a *slice* or a *macroblock pair* into macroblocks is a *partitioning*.<br><br>Source: PDF of the H.264 standard |

**3.88**    **macroblock pair**: A pair of vertically contiguous *macroblocks* in a *frame* that is coupled for use in *macroblock-adaptive frame/field decoding*. The division of a *slice* into macroblock pairs is a *partitioning*.

**3.89**    **macroblock partition**: A *block* of *luma* samples and two corresponding *blocks* of *chroma* samples resulting from a *partitioning* of a *macroblock* for *inter prediction* for a *picture* that has three sample arrays or a *block* of *luma* samples resulting from a *partitioning* of a *macroblock* for *inter prediction* for a monochrome *picture* or a *picture* that is coded using three separate colour planes.

**3.90**    **macroblock to slice group map**: A means of mapping *macroblocks* of a *picture* into *slice groups*. The macroblock to slice group map consists of a list of numbers, one for each coded *macroblock*, specifying the *slice group* to which each coded *macroblock* belongs.

**3.91**    **map unit to slice group map**: A means of mapping *slice group map units* of a *picture* into *slice groups*. The map unit to slice group map consists of a list of numbers, one for each *slice group map unit*, specifying the *slice group* to which each coded *slice group map unit* belongs.

Source: PDF of the H.264 standard

**9.3      CABAC parsing process for slice data**

This process is invoked when parsing syntax elements with descriptor ae(v) in clauses 7.3.4 and 7.3.5 when entropy_coding_mode_flag is equal to 1.

Inputs to this process are a request for a value of a syntax element and values of prior parsed syntax elements.

Output of this process is the value of the syntax element.

When starting the parsing of the slice data of a slice in clause 7.3.4, the initialization process of the CABAC parsing process is invoked as specified in clause 9.3.1.

The parsing of syntax elements proceeds as follows.

For each requested value of a syntax element a binarization is derived as described in clause 9.3.2.

Source: PDF of the H.264 standard



**Figure 9-11 – Flowchart of encoding a decision before termination**

When the value of binVal to encode is equal to 1, CABAC encoding is terminated and the flushing procedure shown in Figure 9-12 is applied. In this flushing procedure, the last bit written by WriteBits( B, N ) is equal to 1. When encoding end_of_slice_flag, this last bit is interpreted as the rbsp_stop_one_bit.

**Figure 9-12 – Flowchart of flushing at termination**

Source: PDF of the H.264 standard

**pre_slice_header_src**, **pre_ref_lists_src**, **pre_pred_weight_table_src** and **pre_dec_ref_pic_marking_src** specify if the respective syntax elements are present in the slice header, and, if not, the slice header from which the values of the respective syntax elements are taken as specified in Table J-1 and Table J-2.

When a syntax element has an inferred value in the slice header from which its value is taken according to Table J-1 and Table J-2, the syntax element value in the current slice header is equal to this inferred value. When a syntax element is not present and has no inferred value in the slice header from which its value is taken according to Table J-1 and Table J-2, the syntax element is inferred to be absent in the current slice header.

pre_slice_header_src shall not be equal to 0.

When ViewCompOrder( DepthFlag, view_id ) is smaller than ViewCompOrder( !DepthFlag, view_id ), pre_slice_header_src, pre_ref_lists_src, pre_pred_weight_table_src and pre_dec_ref_pic_marking_src shall not be equal to 2.

**Table J-1 – Respective syntax elements for pre_slice_header_src, pre_ref_lists_src, pre_pred_weight_table_src and pre_dec_ref_pic_marking_src**

| Prediction indication syntax element | Respective syntax elements |
|---|---|
| pre_slice_header_src | colour_plane_id, frame_num, field_pic_flag, bottom_field_flag, idr_pic_id, pic_order_cnt_lsb, delta_pic_order_cnt_bottom, delta_pic_order_cnt[ 0 ], delta_pic_order_cnt[ 1 ], redundant_pic_cnt, direct_spatial_mv_pred_flag, cabac_init_idc, sp_for_switch_flag, slice_qs_delta, disable_deblocking_filter_idc, slice_alpha_c0_offset_div2, slice_beta_offset_div2, slice_group_change_cycle, depth_weighted_pred_flag, dmvp_flag, slice_vsp_flag, dps_id |
| pre_ref_lists_src | num_ref_idx_active_override_flag, num_ref_idx_l0_active_minus1, num_ref_idx_l1_active_minus1 and reference picture list modification syntax table |
| pre_pred_weight_table_src | pred_weight_table( ) syntax structure |
| pre_dec_ref_pic_marking_src | dec_ref_pic_marking( ) syntax structure |

Source: PDF of the H.264 standard

### 7.3.4   Slice data syntax

| slice_data( ) { | C | Descriptor |
|---|---|---|
| if( entropy_coding_mode_flag ) | | |
| while( !byte_aligned( ) ) | | |
| cabac_alignment_one_bit | 2 | f(1) |
| CurrMbAddr = first_mb_in_slice * ( 1 + MbaffFrameFlag ) | | |
| moreDataFlag = 1 | | |
| prevMbSkipped = 0 | | |
| do { | | |
| if( slice_type != I && slice_type != SI ) | | |
| if( !entropy_coding_mode_flag ) { | | |
| mb_skip_run | 2 | ue(v) |
| prevMbSkipped = ( mb_skip_run > 0 ) | | |
| for( i=0; i<mb_skip_run; i++ ) | | |
| CurrMbAddr = NextMbAddress( CurrMbAddr ) | | |
| if( mb_skip_run > 0 ) | | |
| moreDataFlag = more_rbsp_data( ) | | |
| } else { | | |
| mb_skip_flag | 2 | ae(v) |
| moreDataFlag = !mb_skip_flag | | |
| } | | |

Source: PDF of the H.264 standard

**7.3.2.1.1 Sequence parameter set data syntax**

| | C | Descriptor |
|---|---|---|
| seq_parameter_set_data( ) { | | |
|   profile_idc | 0 | u(8) |
|   constraint_set0_flag | 0 | u(1) |
|   constraint_set1_flag | 0 | u(1) |
|   constraint_set2_flag | 0 | u(1) |
|   constraint_set3_flag | 0 | u(1) |
|   constraint_set4_flag | 0 | u(1) |
|   constraint_set5_flag | 0 | u(1) |
|   reserved_zero_2bits /* equal to 0 */ | 0 | u(2) |
|   level_idc | 0 | u(8) |
|   seq_parameter_set_id | 0 | ue(v) |
|   if( profile_idc == 100 \|\| profile_idc == 110 \|\|<br>    profile_idc == 122 \|\| profile_idc == 244 \|\| profile_idc == 44 \|\|<br>    profile_idc == 83 \|\| profile_idc == 86 \|\| profile_idc == 118 \|\|<br>    profile_idc == 128 \|\| profile_idc == 138 \|\| profile_idc == 139 \|\|<br>    profile_idc == 134 \|\| profile_idc == 135 ) { | | |
|     chroma_format_idc | 0 | ue(v) |
|     if( chroma_format_idc == 3 ) | | |
|       separate_colour_plane_flag | 0 | u(1) |
|     bit_depth_luma_minus8 | 0 | ue(v) |
|     bit_depth_chroma_minus8 | 0 | ue(v) |
|     qpprime_y_zero_transform_bypass_flag | 0 | u(1) |
|     seq_scaling_matrix_present_flag | 0 | u(1) |
|     if( seq_scaling_matrix_present_flag ) | | |
|       for( i = 0; i < ( ( chroma_format_idc != 3 ) ? 8 : 12 ); i++ ) { | | |
|         seq_scaling_list_present_flag[ i ] | 0 | u(1) |
|         if( seq_scaling_list_present_flag[ i ] ) | | |
|           if( i < 6 ) | | |
|             scaling_list( ScalingList4x4[ i ], 16,<br>                UseDefaultScalingMatrix4x4Flag[ i ] ) | 0 | |
|           else | | |
|             scaling_list( ScalingList8x8[ i − 6 ], 64,<br>                UseDefaultScalingMatrix8x8Flag[ i − 6 ] ) | 0 | |

Source: PDF of the H.264 standard

The following semantics are assigned to the macroblock types in Table 7-11:

– I_NxN: A mnemonic name for mb_type equal to 0 with MbPartPredMode( mb_type, 0 ) equal to Intra_4x4 or Intra_8x8.

– I_16x16_0_0_0,  I_16x16_1_0_0,  I_16x16_2_0_0,  I_16x16_3_0_0,  I_16x16_0_1_0,  I_16x16_1_1_0, I_16x16_2_1_0,  I_16x16_3_1_0,  I_16x16_0_2_0,  I_16x16_1_2_0,  I_16x16_2_2_0,  I_16x16_3_2_0, I_16x16_0_0_1,  I_16x16_1_0_1,  I_16x16_2_0_1,  I_16x16_3_0_1,  I_16x16_0_1_1,  I_16x16_1_1_1, I_16x16_2_1_1,  I_16x16_3_1_1,  I_16x16_0_2_1,  I_16x16_1_2_1,  I_16x16_2_2_1,  I_16x16_3_2_1:  the macroblock is coded as an Intra_16x16 prediction macroblock.

To each Intra_16x16 prediction macroblock, an Intra16x16PredMode is assigned, which specifies the Intra_16x16 prediction mode, and values of CodedBlockPatternLuma and CodedBlockPatternChroma are assigned as specified in Table 7-11.

Intra_4x4 specifies the macroblock prediction mode and specifies that the Intra_4x4 prediction process is invoked as specified in clause 8.3.1. Intra_4x4 is an Intra macroblock prediction mode.

Intra_8x8 specifies the macroblock prediction mode and specifies that the Intra_8x8 prediction process is invoked as specified in clause 8.3.2. Intra_8x8 is an Intra macroblock prediction mode.

Intra_16x16 specifies the macroblock prediction mode and specifies that the Intra_16x16 prediction process is invoked as specified in clause 8.3.3. Intra_16x16 is an Intra macroblock prediction mode.

Source: PDF of the H.264 standard

Figure 3.27 shows a pixel X that is to be encoded. If the frame is processed in raster order, then pixels A, B and C in the current and previous rows are available in both the encoder



Current pixel

**Figure 3.27**   Spatial prediction (DPCM)

and the decoder since these should already have been decoded before X. The encoder forms a prediction for X based on some combination of previously coded pixels, subtracts this prediction from X and encodes the residual, the result of the subtraction. The decoder forms the same prediction and adds the decoded residual to reconstruct the pixel.

https://www.wiley.com/en-gb/The+H+264+Advanced+Video+Compression+Standard%2C+2nd+Edition-p-9780470516928

| | |
|---|---|
| | **A.3.2 Level limits common to the High, Progressive High, Constrained High, High 10, Progressive High 10, High 4:2:2, High 4:4:4 Predictive, High 10 Intra, High 4:2:2 Intra, High 4:4:4 Intra, and CAVLC 4:4:4 Intra profiles**<br><br>Bitstreams conforming to the High, Progressive High, Constrained High, High 10, Progressive High 10, High 4:2:2, High 4:4:4 Predictive, High 10 Intra, High 4:2:2 Intra, High 4:4:4 Intra, or CAVLC 4:4:4 Intra profiles at a specified level shall obey the following constraints:<br><br>a) The nominal removal time of access unit n (with n > 0) from the CPB as specified in clause C.1.2, satisfies the constraint that $t_{r,n}(n) - t_r(n-1)$ is greater than or equal to Max( PicSizeInMbs ÷ MaxMBPS, fR ), where MaxMBPS is the value specified in Table A-1 that applies to picture $n - 1$, and PicSizeInMbs is the number of macroblocks in picture $n - 1$.<br><br>b) The difference between consecutive output times of pictures from the DPB as specified in clause C.2.2, satisfies the constraint that $\Delta t_{o,dpb}(n) >= $ Max( PicSizeInMbs ÷ MaxMBPS, fR ), where MaxMBPS is the value specified in Table A-1 for picture n, and PicSizeInMbs is the number of macroblocks of picture n, provided that picture n is a picture that is output and is not the last picture of the bitstream that is output.<br><br>c) PicWidthInMbs * FrameHeightInMbs <= MaxFS, where MaxFS is specified in Table A-1<br><br>Source: PDF of the H.264 standard |
| 5. Method for decoding at least one of audio and video frame data for which decoding parameters are required, including the following steps: | The accused instrumentality in internal testing and usage practices a method for decoding of video frame data for which decoding parameters (e.g., NAL type (nal_unit_type), Slice groups (num_slice_groups_minus1), slice type etc.) are required. The accused instrumentality provides to its customer videos using H.264 Codec (also referred to as AVC or advanced video coding). H.264 Codecs (coding & decoding) make use of ITU H.264 standard (hereinafter referred to as "The standard").<br><br>On information and belief, Defendant performs all steps of this claim or, alternatively, to the extent a user performs any step, Defendant conditions the user's use of Defendant's accused instrumentalities using the Standard on the performance of that step as disclosed herein. For example, on information and belief, a user cannot use the accused instrumentality utilizing the Standard as described in this claim chart without performance of the steps recited in this claim. By providing the accused instrumentality utilizing the Standard as disclosed herein, Defendant also controls the manner and/or timing of the functionality described in this claim chart. In other words, for a user to utilize the functionality described in this claim chart, the steps of this claim must be performed in the manner described herein. Without performance of the steps as described herein, Defendant's functionality will not be available to users. |



https://www.mercer.us/what-we-do/workforce-and-careers/employee-experience-strategy.html

The accused instrumentality provides H.264 based videos as shown below.

Listen to your employees to create a stronger and more inclusive culture.



**Watch video:** Learn how an employee listening strategy can help your organization on it's diversity, equity, and inclusion journey.

https://www.mercer.us/what-we-do/workforce-and-careers/employee-experience-strategy.html

## Employees know what is important to their futures – are employers listening?

In today's increasingly dynamic work environment, organizations must effectively source and leverage people insights in order to attract and retain talent. Listening to how employees feel at work is key to understanding, measuring, and improving the employee experience.

According to Mercer's 2021 Global Talent Trends Study, five aspects of the employee experience that have changed the most due to the pandemic include how to work flexibly, manage/coach employees we don't see every day, onboard, work and collaborate in distributed or virtual networks, and hire.

Gaining actionable insights – at the right time – is the key to building a stronger workforce.

Listen to your employees to create a stronger and more inclusive culture.



**Watch video:** Learn how an employee listening strategy can help your organization on it's diversity, equity, and inclusion journey.

https://www.mercer.us/what-we-do/workforce-and-careers/employee-experience-strategy.html

Listen to your employees to create a stronger and more inclusive culture.



**Watch video:** Learn how an employee listening strategy can help your organization on it's diversity, equity, and inclusion journey.

https://www.mercer.us/what-we-do/workforce-and-careers/employee-experience-strategy.html

**Entity**
Content-Length: 1717944
Content-Type: video/MP2T
ETag: "9e204bf5c0be0f7ac8eccf38b183033d"
Last-Modified: Fri, 01 Jan 2016 00:00:00 GMT
**Miscellaneous**

Source: Fiddler packet capture

**Client**
    Accept: */*
    Accept-Encoding: gzip, deflate, br
    Accept-Language: en-US,en;q=0.9
    User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) C
**Miscellaneous**
    Referer: https://www.mercer.us/
**Security**
    sec-ch-ua: "Google Chrome";v="107", "Chromium";v="107", "Not=A?Brand";v="24"
    sec-ch-ua-mobile: ?0
    sec-ch-ua-platform: "Windows"
    Sec-Fetch-Dest: script
    Sec-Fetch-Mode: no-cors
    Sec-Fetch-Site: cross-site
**Transport**
    Connection: keep-alive

| Transformer | Headers | TextView | SyntaxView | ImageView | HexView | WebView | A |

```
{x=d.catalogMedia=n.catalog.autoFindAndLoadMedia(A)}if(x&&x.type==="video"){if(/^[\d]+$/.test(x.id)){n.r
n.on("loadstart",function(){if(n.language()&&n.catalog.getMetadata({lang:n.language()})){n.trigger({type:"us
R=function e(){return(new Date).toISOString().split("T")[0]+":"+n.bcAnalytics.client.getSession()};n.ready(fu
{Oe.perf.mark("bcInitEnd");Oe.perf.measure("bcInit","bcInitStart","bcInitEnd");if(n.usingPlugin("playerInfo'
$(".vjs-pi-section--player tbody");if(!e||i){return}var r=t.createElement("tr");var a=t.createElement("tr");r.inne
<td>"+e+"</td>";i.appendChild(r);a.innerHTML="<td>"+n.localize("Player Element ID")+"</td> <td>"+n.id
{n.errorDisplay.on("modalfill",function(){var e=R();var t=n.errorDisplay.$(".vjs-errors-content-container");if(!e
id",innerHTML:"<b>"+n.localize("Session ID:")+"</b> "+e+" "+"<b>"+n.localize("Player Element ID:")+"<
{if(n.playerInfo.modal){n.playerInfo.modal.close()}})if(n.hasPlugin("dock")){var O=C&&(C[0]&&C[0].title||C.titl
{if(n.controls()){var t=n.mediainfo;var i=n.language()||"";var r;if(n.usingPlugin("catalog")){r=n.catalog.getMet
n.dock({title:r&&r.name||t&&t.name||O,description:r&&r.description||t&&t.description||P})});D();n.on(["loadstart"
i=t.registerPlugin||t.plugin;i("touchActive",function(){if(!t.browser.TOUCH_ENABLED){return}var e=this;var i
t=e.options_.inactivityTimeout>0?e.options_.inactivityTimeout:5e3;e.el().className+=" vjs-user-active";e.c
vt={"com.widevine.alpha":"Widevine","com.microsoft.playready":"PlayReady","com.apple.fps":"FairPlay'
codecs="avc1.42E01E"":"H.264",'video/mp4; codecs="hvc1"":"HEVC",'video/webm; codecs="vp8, vor'
codecs="avc1.42E01E"":"HLS"',"application/dash+xml":"DASH",'video/mp4; codecs="mp4a.40.2"":"AA(
```

Source: Fiddler packet capture



Source: Fiddler packet capture

 INTERNATIONAL  TELECOMMUNICATION  UNION

## ITU-T                                              H.264
(05/2003)

TELECOMMUNICATION
STANDARDIZATION  SECTOR
OF  ITU

SERIES H: AUDIOVISUAL AND MULTIMEDIA SYSTEMS
Infrastructure of audiovisual services – Coding of moving
video

**Advanced video coding for generic audiovisual
services**

Source: PDF of the accused standard

## 1 What is H.264 ?

H.264 is an industry standard for video compression, the process of converting digital video into a format that takes up less capacity when it is stored or transmitted. Video compression (or video coding) is an essential technology for applications such as digital television, DVD-Video, mobile TV, videoconferencing and internet video streaming. Standardising video compression makes it possible for products from different manufacturers (e.g. encoders, decoders and storage media) to inter-operate. An **encoder** converts video into a compressed format and a **decoder** converts compressed video back into an uncompressed format.

https://www.vcodex.com/an-overview-of-h264-advanced-video-coding/

## 2 How does an H.264 codec work ?

An H.264 video encoder carries out prediction, transform and encoding processes (see Figure 1) to produce a compressed H.264 bitstream. An H.264 video decoder carries out the complementary processes of decoding, inverse transform and reconstruction to produce a decoded video sequence.

https://www.vcodex.com/an-overview-of-h264-advanced-video-coding/

### 2.2 Decoder processes

### Bitstream decoding

A video decoder receives the compressed H.264 bitstream, decodes each of the syntax elements and extracts the information described above (quantized transform coefficients, prediction information, etc). This information is then used to reverse the coding process and recreate a sequence of video images.

Rescaling and inverse transform

The quantized transform coefficients are **re-scaled**. Each coefficient is multiplied b an integer value to restore its original scale2. An inverse transform combines the standard basis patterns, eighted by the re- scaled coefficients, to re-create each block of residual data. These blocks are combined together to form a residual macroblock.

### Reconstruction

For each macroblock, the decoder forms an identical prediction to the one created by the encoder. The decoder adds the prediction to the decoded residual to **reconstruct** a decoded macroblock which can then be displayed as part of a video frame.

https://www.vcodex.com/an-overview-of-h264-advanced-video-coding/

**decoding process**: The process specified in this Recommendation | International Standard that reads a *bitstream* and derives *decoded pictures* from it.

**direct prediction**: An *inter prediction* for a *block* for which no *motion vector* is decoded. Two direct *prediction* modes are specified that are referred to as spatial direct *prediction* and temporal *prediction* mode.

Source: PDF of the accused standard

**decoded picture**: A *decoded picture* is derived by decoding a *coded picture*. A *decoded picture* is either a decoded *frame*, or a decoded *field*. A decoded *field* is either a decoded *top field* or a decoded *bottom field*.

**decoded picture buffer (DPB)**: A buffer holding *decoded pictures* for reference, output reordering, or output delay specified for the *hypothetical reference decoder* in Annex C.

**decoder**: An embodiment of a *decoding process*.

Source: PDF of the accused standard

## 6.2     Source, decoded, and output picture formats

This subclause specifies the relationship between source and decoded frames and fields that is given via the bitstream.

The video source that is represented by the bitstream is a sequence of either or both frames or fields (called collectively pictures) in decoding order.

The source and decoded pictures (frames or fields) are each comprised of three sample arrays, one luma and two chroma sample arrays.

The variable ChromaFormatFactor is specified in Table 6-1, depending on the chroma format sampling structure. The value of ChromaFormatFactor shall be inferred equal to 1.5, indicating 4:2:0 sampling. In monochrome sampling there is only one sample array, which may nominally be considered a luma array. In 4:2:0 sampling, each of the two chroma arrays has half the height and half the width of the luma array. In 4:2:2 sampling, each of the two chroma arrays has the same height and half the width of the luma array. In 4:4:4 sampling, each of the two chroma arrays has the same height and width as the luma array.

Source: PDF of the accused standard

**parameter**: A *syntax element* of a *sequence parameter set* or a *picture parameter set*. Parameter is also used as part of the defined term *quantization parameter*.

Source: PDF of the accused standard

**projection**: specified correspondence between the colour samples of a *projected picture* and azimuth and elevation positions on a sphere.

**quantization parameter**: A variable used by the *decoding process* for *scaling* of *transform coefficient levels.*

Source: PDF of the accused standard

## H.264/AVC Profiles

The *baseline profile* is the simplest profile, and must be supported by all decoders. It may be useful for real-time applications such as video conferencing, where the encoder and decoder must run quickly. The *main profile* is widely used. It offers a good compromise between compression performance and computational complexity. It may be suitable for basic SD TV broadcasting. The *constrained baseline* profile is a subset of the main profile that is popular for low complexity, low-delay applications such as mobile video. The *high profile* has additional tools to improve the compression ratio for HD TV.

https://www.vocal.com/video/profiles-and-levels-in-h-264-avc/

### A.2.1    Baseline profile

Bitstreams conforming to the Baseline profile shall obey the following constraints:

–   Only I and P slice types may be present.

–   NAL unit streams shall not contain nal_unit_type values in the range of 2 to 4, inclusive.

–   Sequence parameter sets shall have frame_mbs_only_flag equal to 1.

–   The syntax elements chroma_format_idc, bit_depth_luma_minus8, bit_depth_chroma_minus8, qpprime_y_zero_transform_bypass_flag, and seq_scaling_matrix_present_flag shall not be present in sequence parameter sets.

–   Picture parameter sets shall have weighted_pred_flag and weighted_bipred_idc both equal to 0.

–   Picture parameter sets shall have entropy_coding_mode_flag equal to 0.

–   Picture parameter sets shall have num_slice_groups_minus1 in the range of 0 to 7, inclusive.

–   The syntax elements transform_8x8_mode_flag, pic_scaling_matrix_present_flag, and second_chroma_qp_index_offset shall not be present in picture parameter sets.

–   The syntax element level_prefix shall not be greater than 15 (when present).

–   The syntax elements pcm_sample_luma[ i ], with i = 0..255, and pcm_sample_chroma[ i ], with i = 0..2 * MbWidthC * MbHeightC − 1, shall not be equal to 0 (when present).

–   The level constraints specified for the Baseline profile in clause A.3 shall be fulfilled.

Conformance of a bitstream to the Baseline profile is indicated by profile_idc being equal to 66.

Source: PDF of the accused standard

## 4.6   The H.264 Syntax

H.264 provides a clearly defined format or **syntax** for representing compressed video and related information. Figure 4.19 shows an overview of the structure of the H.264 syntax.

At the top level, an H.264 **sequence** consists of a series of 'packets' or Network Adaptation Layer Units, NAL Units or NALUs. These can include **parameter sets** containing key parameters that are used by the decoder to correctly decode the video data and **slices**, which are coded video frames or parts of video frames.

At the next level, a **slice** represents all or part of a coded video frame and consists of a number of coded **macroblocks**, each containing compressed data corresponding to a $16 \times 16$ block of displayed pixels in a video frame. At the lowest level of Figure 4.19, a macroblock contains type information describing the particular choice of methods used to code the macroblock,

https://last.hit.bme.hu/download/vidtech/k%C3%B6nyvek/Iain%20E.%20Richardson%20-%20H264%20(2nd%20edition).pdf



https://last.hit.bme.hu/download/vidtech/k%C3%B6nyvek/Iain%20E.%20Richardson%20-%20H264%20(2nd%20edition).pdf

nal_ref_idc shall not be equal to 0 for sequence parameter set or sequence parameter set extension or subset sequence parameter set or picture parameter set NAL units. When nal_ref_idc is equal to 0 for one NAL unit with nal_unit_type in the range of 1 to 4, inclusive, of a particular picture, it shall be equal to 0 for all NAL units with nal_unit_type in the range of 1 to 4, inclusive, of the picture.

nal_ref_idc shall not be equal to 0 for NAL units with nal_unit_type equal to 5.

nal_ref_idc shall be equal to 0 for all NAL units having nal_unit_type equal to 6, 9, 10, 11, or 12.

**nal_unit_type** specifies the type of RBSP data structure contained in the NAL unit as specified in Table 7-1.

Source: PDF of the accused standard

**Table 7-1 – NAL unit type codes, syntax element categories, and NAL unit type classes**

| nal_unit_type | Content of NAL unit and RBSP syntax structure | C | Annex A NAL unit type class | Annex G and Annex H NAL unit type class | Annex I and Annex J NAL unit type class |
|---|---|---|---|---|---|
| 0 | Unspecified | | non-VCL | non-VCL | non-VCL |
| 1 | Coded slice of a non-IDR picture slice_layer_without_partitioning_rbsp( ) | 2, 3, 4 | VCL | VCL | VCL |
| 2 | Coded slice data partition A slice_data_partition_a_layer_rbsp( ) | 2 | VCL | not applicable | not applicable |
| 3 | Coded slice data partition B slice_data_partition_b_layer_rbsp( ) | 3 | VCL | not applicable | not applicable |
| 4 | Coded slice data partition C slice_data_partition_c_layer_rbsp( ) | 4 | VCL | not applicable | not applicable |
| 5 | Coded slice of an IDR picture slice_layer_without_partitioning_rbsp( ) | 2, 3 | VCL | VCL | VCL |
| 6 | Supplemental enhancement information (SEI) sei_rbsp( ) | 5 | non-VCL | non-VCL | non-VCL |
| 7 | Sequence parameter set seq_parameter_set_rbsp( ) | 0 | non-VCL | non-VCL | non-VCL |
| 8 | Picture parameter set pic_parameter_set_rbsp( ) | 1 | non-VCL | non-VCL | non-VCL |
| 9 | Access unit delimiter access_unit_delimiter_rbsp( ) | 6 | non-VCL | non-VCL | non-VCL |
| 10 | End of sequence end_of_seq_rbsp( ) | 7 | non-VCL | non-VCL | non-VCL |
| 11 | End of stream end_of_stream_rbsp( ) | 8 | non-VCL | non-VCL | non-VCL |
| 12 | Filler data filler_data_rbsp( ) | 9 | non-VCL | non-VCL | non-VCL |
| 13 | Sequence parameter set extension seq_parameter_set_extension_rbsp( ) | 10 | non-VCL | non-VCL | non-VCL |
| 14 | Prefix NAL unit prefix_nal_unit_rbsp( ) | 2 | non-VCL | suffix dependent | suffix dependent |
| 15 | Subset sequence parameter set subset_seq_parameter_set_rbsp( ) | 0 | non-VCL | non-VCL | non-VCL |
| 16 | Depth parameter set depth_parameter_set_rbsp( ) | 11 | non-VCL | non-VCL | non-VCL |
| 17..18 | Reserved | | non-VCL | non-VCL | non-VCL |
| 19 | Coded slice of an auxiliary coded picture without partitioning slice_layer_without_partitioning_rbsp( ) | 2, 3, 4 | non-VCL | non-VCL | non-VCL |

Source: PDF of the accused standard

## 5.2  H.264 syntax

The hierarchical organization of the H.264/AVC syntax can be seen in Figure 5.1 [ii]. The **Network Abstraction Layer** (NAL) consists of a series of **NAL Units** (section 5.4). Sequence Parameter Sets (SPS) and Picture Parameter Sets (PPS) are NAL units that signal certain common control parameters to the decoder (section 5.5). Coded video data is communicated in **Video Coding Layer** (VCL) NAL units, known as coded **slices**. An **access unit**, a coded



https://last.hit.bme.hu/download/vidtech/k%C3%B6nyvek/Iain%20E.%20Richardson%20-%20H264%20(2nd%20edition).pdf

### 5.4   NAL unit

Coded H.264 data is stored or transmitted as a series of packets known as Network Abstraction Layer Units, NAL Units or NALUs. Each NAL Unit consists of a 1-byte NALU header followed by a byte stream containing control information or coded video data. The header indicates the NALU type, some of which are listed in Table 5.6, and the 'importance' of the NALU. Parameter Sets and slices that are used for reference, i.e. used to predict further frames, are considered important or high priority, since their loss could make it difficult to decode subsequent coded slices. Non-reference slices are considered to be less important to the decoder, since their loss will not affect any further decoding. This information can optionally be used to prioritise certain NALUs during transmission (Chapter 8).

Coded slices are described as Video Coding Layer (VCL) NAL units. A coded sequence begins with an Instantaneous Decoder Refresh (IDR) Access Unit, made up of one or more IDR slices, each of which is an Intra coded slice. This is followed by the default slice type, i.e. a non-IDR coded slice, and/or by Data Partitioned slices. Data Partitioned slices carry different components of coded video data in separate NAL units, which may be useful in error-prone transport situations. Non-VCL NAL units include Parameter Sets, Supplemental Enhancement Information parameters that may be useful for decoding and displaying video data, but are not essential for correct decoding, and delimiters that define boundaries between coded sections.

https://last.hit.bme.hu/download/vidtech/k%C3%B6nyvek/Iain%20E.%20Richardson%20-%20H264%20(2nd%20edition).pdf

**Table 5.8**  Picture Parameter Set example

| Parameter | Binary code | Symbol | Discussion |
|---|---|---|---|
| pic_parameter_set_id | 1 | 0 | Picture Parameter Set 0 |
| seq_parameter_set_id | 1 | 0 | Use SPS 0 |
| entropy_coding_mode_flag | 0 | 0 | CAVLC entropy coding |
| pic_order_present_flag | 0 | 0 | POC not present |
| num_slice_groups_minus1 | 1 | 0 | One slice group |
| num_ref_idx_l0_active_minus1 | 1010 | 9 | 10 reference pictures in list0 |
| num_ref_idx_l1_active_minus1 | 1010 | 9 | 10 reference pictures in list1 |
| weighted_pred_flag | 0 | 0 | Weighted prediction not used |
| weighted_bipred_idc | 0 | 0 | Weighted biprediction not used |
| pic_init_qp_minus26 | 1 | 0 | Initial QP (luma) = 26 |
| pic_init_qs_minus26 | 1 | 0 | Initial SI/SP QP=26 |
| chroma_qp_index_offset | 1 | 0 | No chroma QP offset |
| deblocking_filter_control_present_flag | 0 | 0 | Use default filter parameters |
| constrained_intra_pred_flag | 0 | 0 | Intra prediction is not constrained |
| redundant_pic_cnt_present_flag | 0 | 0 | Redundant picture count parameter is not used |

https://last.hit.bme.hu/download/vidtech/k%C3%B6nyvek/Iain%20E.%20Richardson%20-%20H264%20(2nd%20edition).pdf

## 5.2  H.264 syntax

The hierarchical organization of the H.264/AVC syntax can be seen in Figure 5.1 [ii]. The **Network Abstraction Layer** (NAL) consists of a series of **NAL Units** (section 5.4). Sequence Parameter Sets (SPS) and Picture Parameter Sets (PPS) are NAL units that signal certain common control parameters to the decoder (section 5.5). Coded video data is communicated in **Video Coding Layer** (VCL) NAL units, known as coded **slices**. An **access unit**, a coded



https://last.hit.bme.hu/download/vidtech/k%C3%B6nyvek/Iain%20E.%20Richardson%20-%20H264%20(2nd%20edition).pdf

### 5.4   NAL unit

Coded H.264 data is stored or transmitted as a series of packets known as Network Abstraction Layer Units, NAL Units or NALUs. Each NAL Unit consists of a 1-byte NALU header followed by a byte stream containing control information or coded video data. The header indicates the NALU type, some of which are listed in Table 5.6, and the 'importance' of the NALU. Parameter Sets and slices that are used for reference, i.e. used to predict further frames, are considered important or high priority, since their loss could make it difficult to decode subsequent coded slices. Non-reference slices are considered to be less important to the decoder, since their loss will not affect any further decoding. This information can optionally be used to prioritise certain NALUs during transmission (Chapter 8).

Coded slices are described as Video Coding Layer (VCL) NAL units. A coded sequence begins with an Instantaneous Decoder Refresh (IDR) Access Unit, made up of one or more IDR slices, each of which is an Intra coded slice. This is followed by the default slice type, i.e. a non-IDR coded slice, and/or by Data Partitioned slices. Data Partitioned slices carry different components of coded video data in separate NAL units, which may be useful in error-prone transport situations. Non-VCL NAL units include Parameter Sets, Supplemental Enhancement Information parameters that may be useful for decoding and displaying video data, but are not essential for correct decoding, and delimiters that define boundaries between coded sections.

https://last.hit.bme.hu/download/vidtech/k%C3%B6nyvek/Iain%20E.%20Richardson%20-%20H264%20(2nd%20edition).pdf

| | |
|---|---|
| linking the required decoding parameters at the input of the processing with frames of said at least one of audio and video data to be decoded; | The standard discloses linking the required decoding parameters (e.g., NAL type (nal_unit_type), Slice groups (num_slice_groups_minus1), slice type etc.) at the input of the processing with frames (e.g., encoded video frames) of said video data to be decoded.<br><br>Decoder link the decoding parameters at the input, i.e., the encoded stream, according to the bit stream used. |

## 1 What is H.264 ?

H.264 is an industry standard for video compression, the process of converting digital video into a format that takes up less capacity when it is stored or transmitted. Video compression (or video coding) is an essential technology for applications such as digital television, DVD-Video, mobile TV, videoconferencing and internet video streaming. Standardising video compression makes it possible for products from different manufacturers (e.g. encoders, decoders and storage media) to inter-operate. An **encoder** converts video into a compressed format and a **decoder** converts compressed video back into an uncompressed format.

https://www.vcodex.com/an-overview-of-h264-advanced-video-coding/

## 2 How does an H.264 codec work ?

An H.264 video encoder carries out prediction, transform and encoding processes (see Figure 1) to produce a compressed H.264 bitstream. An H.264 video decoder carries out the complementary processes of decoding, inverse transform and reconstruction to produce a decoded video sequence.

https://www.vcodex.com/an-overview-of-h264-advanced-video-coding/

**2.2 Decoder processes**

**Bitstream decoding**

A video decoder receives the compressed H.264 bitstream, decodes each of the syntax elements and extracts the information described above (quantized transform coefficients, prediction information, etc). This information is then used to reverse the coding process and recreate a sequence of video images.

Rescaling and inverse transform

The quantized transform coefficients are **re-scaled**. Each coefficient is multiplied b an integer value to restore its original scale2. An inverse transform combines the standard basis patterns, eighted by the re- scaled coefficients, to re-create each block of residual data. These blocks are combined together to form a residual macroblock.

**Reconstruction**

For each macroblock, the decoder forms an identical prediction to the one created by the encoder. The decoder adds the prediction to the decoded residual to **reconstruct** a decoded macroblock which can then be displayed as part of a video frame.

https://www.vcodex.com/an-overview-of-h264-advanced-video-coding/

**decoding process**: The process specified in this Recommendation | International Standard that reads a *bitstream* and derives *decoded pictures* from it.

**direct prediction**: An *inter prediction* for a *block* for which no *motion vector* is decoded. Two direct *prediction* modes are specified that are referred to as spatial direct *prediction* and temporal *prediction* mode.

Source: PDF of the accused standard

**decoded picture**: A *decoded picture* is derived by decoding a *coded picture*. A *decoded picture* is either a decoded *frame*, or a decoded *field*. A decoded *field* is either a decoded *top field* or a decoded *bottom field*.

**decoded picture buffer (DPB)**: A buffer holding *decoded pictures* for reference, output reordering, or output delay specified for the *hypothetical reference decoder* in Annex C.

**decoder**: An embodiment of a *decoding process*.

Source: PDF of the accused standard

## 6.2    Source, decoded, and output picture formats

This subclause specifies the relationship between source and decoded frames and fields that is given via the bitstream.

The video source that is represented by the bitstream is a sequence of either or both frames or fields (called collectively pictures) in decoding order.

The source and decoded pictures (frames or fields) are each comprised of three sample arrays, one luma and two chroma sample arrays.

The variable ChromaFormatFactor is specified in Table 6-1, depending on the chroma format sampling structure. The value of ChromaFormatFactor shall be inferred equal to 1.5, indicating 4:2:0 sampling. In monochrome sampling there is only one sample array, which may nominally be considered a luma array.  In 4:2:0 sampling, each of the two chroma arrays has half the height and half the width of the luma array.  In 4:2:2 sampling, each of the two chroma arrays has the same height and half the width of the luma array. In 4:4:4 sampling, each of the two chroma arrays has the same height and width as the luma array.

Source: PDF of the accused standard

**parameter**: A *syntax element* of a *sequence parameter set* or a *picture parameter set*. Parameter is also used as part of the defined term *quantization parameter*.

Source: PDF of the accused standard

**projection**: specified correspondence between the colour samples of a *projected picture* and azimuth and elevation positions on a sphere.

**quantization parameter**: A variable used by the *decoding process* for *scaling* of *transform coefficient levels*.

Source: PDF of the accused standard

# H.264/AVC Profiles

The *baseline profile* is the simplest profile, and must be supported by all decoders. It may be useful for real-time applications such video conferencing, where the encoder and decoder must run quickly. The *main profile* is widely used. It offers a good compromis between compression performance and computational complexity. It may be suitable for basic SD TV broadcasting. The *constrain baseline* profile is a subset of the main profile that is popular for low complexity, low-delay applications such as mobile video. The *profile* has additional tools to improve the compression ratio for HD TV.

https://www.vocal.com/video/profiles-and-levels-in-h-264-avc/

## A.2.1    Baseline profile

Bitstreams conforming to the Baseline profile shall obey the following constraints:

– Only I and P slice types may be present.

– NAL unit streams shall not contain nal_unit_type values in the range of 2 to 4, inclusive.

– Sequence parameter sets shall have frame_mbs_only_flag equal to 1.

– The syntax elements chroma_format_idc, bit_depth_luma_minus8, bit_depth_chroma_minus8, qpprime_y_zero_transform_bypass_flag, and seq_scaling_matrix_present_flag shall not be present in sequence parameter sets.

– Picture parameter sets shall have weighted_pred_flag and weighted_bipred_idc both equal to 0.

– Picture parameter sets shall have entropy_coding_mode_flag equal to 0.

– Picture parameter sets shall have num_slice_groups_minus1 in the range of 0 to 7, inclusive.

– The syntax elements transform_8x8_mode_flag, pic_scaling_matrix_present_flag, and second_chroma_qp_index_offset shall not be present in picture parameter sets.

– The syntax element level_prefix shall not be greater than 15 (when present).

– The syntax elements pcm_sample_luma[ i ], with i = 0..255, and pcm_sample_chroma[ i ], with i = 0..2 * MbWidthC * MbHeightC − 1, shall not be equal to 0 (when present).

– The level constraints specified for the Baseline profile in clause A.3 shall be fulfilled.

Conformance of a bitstream to the Baseline profile is indicated by profile_idc being equal to 66.

Source: PDF of the accused standard

### 4.6    The H.264 Syntax

H.264 provides a clearly defined format or **syntax** for representing compressed video and related information. Figure 4.19 shows an overview of the structure of the H.264 syntax.

At the top level, an H.264 **sequence** consists of a series of 'packets' or Network Adaptation Layer Units, NAL Units or NALUs. These can include **parameter sets** containing key parameters that are used by the decoder to correctly decode the video data and **slices**, which are coded video frames or parts of video frames.

At the next level, a **slice** represents all or part of a coded video frame and consists of a number of coded **macroblocks**, each containing compressed data corresponding to a $16 \times 16$ block of displayed pixels in a video frame. At the lowest level of Figure 4.19, a macroblock contains type information describing the particular choice of methods used to code the macroblock,

https://last.hit.bme.hu/download/vidtech/k%C3%B6nyvek/Iain%20E.%20Richardson%20-%20H264%20(2nd%20edition).pdf



https://last.hit.bme.hu/download/vidtech/k%C3%B6nyvek/Iain%20E.%20Richardson%20-%20H264%20(2nd%20edition).pdf

nal_ref_idc shall not be equal to 0 for sequence parameter set or sequence parameter set extension or subset sequence parameter set or picture parameter set NAL units. When nal_ref_idc is equal to 0 for one NAL unit with nal_unit_type in the range of 1 to 4, inclusive, of a particular picture, it shall be equal to 0 for all NAL units with nal_unit_type in the range of 1 to 4, inclusive, of the picture.

nal_ref_idc shall not be equal to 0 for NAL units with nal_unit_type equal to 5.

nal_ref_idc shall be equal to 0 for all NAL units having nal_unit_type equal to 6, 9, 10, 11, or 12.

**nal_unit_type** specifies the type of RBSP data structure contained in the NAL unit as specified in Table 7-1.

Source: PDF of the accused standard

**Table 7-1 – NAL unit type codes, syntax element categories, and NAL unit type classes**

| nal_unit_type | Content of NAL unit and RBSP syntax structure | C | Annex A NAL unit type class | Annex G and Annex H NAL unit type class | Annex I and Annex J NAL unit type class |
|---|---|---|---|---|---|
| 0 | Unspecified | | non-VCL | non-VCL | non-VCL |
| 1 | Coded slice of a non-IDR picture slice_layer_without_partitioning_rbsp( ) | 2, 3, 4 | VCL | VCL | VCL |
| 2 | Coded slice data partition A slice_data_partition_a_layer_rbsp( ) | 2 | VCL | not applicable | not applicable |
| 3 | Coded slice data partition B slice_data_partition_b_layer_rbsp( ) | 3 | VCL | not applicable | not applicable |
| 4 | Coded slice data partition C slice_data_partition_c_layer_rbsp( ) | 4 | VCL | not applicable | not applicable |
| 5 | Coded slice of an IDR picture slice_layer_without_partitioning_rbsp( ) | 2, 3 | VCL | VCL | VCL |
| 6 | Supplemental enhancement information (SEI) sei_rbsp( ) | 5 | non-VCL | non-VCL | non-VCL |
| 7 | Sequence parameter set seq_parameter_set_rbsp( ) | 0 | non-VCL | non-VCL | non-VCL |
| 8 | Picture parameter set pic_parameter_set_rbsp( ) | 1 | non-VCL | non-VCL | non-VCL |
| 9 | Access unit delimiter access_unit_delimiter_rbsp( ) | 6 | non-VCL | non-VCL | non-VCL |
| 10 | End of sequence end_of_seq_rbsp( ) | 7 | non-VCL | non-VCL | non-VCL |
| 11 | End of stream end_of_stream_rbsp( ) | 8 | non-VCL | non-VCL | non-VCL |
| 12 | Filler data filler_data_rbsp( ) | 9 | non-VCL | non-VCL | non-VCL |
| 13 | Sequence parameter set extension seq_parameter_set_extension_rbsp( ) | 10 | non-VCL | non-VCL | non-VCL |
| 14 | Prefix NAL unit prefix_nal_unit_rbsp( ) | 2 | non-VCL | suffix dependent | suffix dependent |
| 15 | Subset sequence parameter set subset_seq_parameter_set_rbsp( ) | 0 | non-VCL | non-VCL | non-VCL |
| 16 | Depth parameter set depth_parameter_set_rbsp( ) | 11 | non-VCL | non-VCL | non-VCL |
| 17..18 | Reserved | | non-VCL | non-VCL | non-VCL |
| 19 | Coded slice of an auxiliary coded picture without partitioning slice_layer_without_partitioning_rbsp( ) | 2, 3, 4 | non-VCL | non-VCL | non-VCL |

Source: PDF of the accused standard

## 5.2   H.264 syntax

The hierarchical organization of the H.264/AVC syntax can be seen in Figure 5.1 [ii]. The **Network Abstraction Layer** (NAL) consists of a series of **NAL Units** (section 5.4). Sequence Parameter Sets (SPS) and Picture Parameter Sets (PPS) are NAL units that signal certain common control parameters to the decoder (section 5.5). Coded video data is communicated in **Video Coding Layer** (VCL) NAL units, known as coded **slices**. An **access unit**, a coded



https://last.hit.bme.hu/download/vidtech/k%C3%B6nyvek/Iain%20E.%20Richardson%20-%20H264%20(2nd%20edition).pdf

## 5.4  NAL unit

Coded H.264 data is stored or transmitted as a series of packets known as Network Abstraction Layer Units, NAL Units or NALUs. Each NAL Unit consists of a 1-byte NALU header followed by a byte stream containing control information or coded video data. The header indicates the NALU type, some of which are listed in Table 5.6, and the 'importance' of the NALU. Parameter Sets and slices that are used for reference, i.e. used to predict further frames, are considered important or high priority, since their loss could make it difficult to decode subsequent coded slices. Non-reference slices are considered to be less important to the decoder, since their loss will not affect any further decoding. This information can optionally be used to prioritise certain NALUs during transmission (Chapter 8).

Coded slices are described as Video Coding Layer (VCL) NAL units. A coded sequence begins with an Instantaneous Decoder Refresh (IDR) Access Unit, made up of one or more IDR slices, each of which is an Intra coded slice. This is followed by the default slice type, i.e. a non-IDR coded slice, and/or by Data Partitioned slices. Data Partitioned slices carry different components of coded video data in separate NAL units, which may be useful in error-prone transport situations. Non-VCL NAL units include Parameter Sets, Supplemental Enhancement Information parameters that may be useful for decoding and displaying video data, but are not essential for correct decoding, and delimiters that define boundaries between coded sections.

https://last.hit.bme.hu/download/vidtech/k%C3%B6nyvek/Iain%20E.%20Richardson%20-%20H264%20(2nd%20edition).pdf

**Table 5.8**  Picture Parameter Set example

| Parameter | Binary code | Symbol | Discussion |
|---|---|---|---|
| pic_parameter_set_id | 1 | 0 | Picture Parameter Set 0 |
| seq_parameter_set_id | 1 | 0 | Use SPS 0 |
| entropy_coding_mode_flag | 0 | 0 | CAVLC entropy coding |
| pic_order_present_flag | 0 | 0 | POC not present |
| num_slice_groups_minus1 | 1 | 0 | One slice group |
| num_ref_idx_l0_active_minus1 | 1010 | 9 | 10 reference pictures in list0 |
| num_ref_idx_l1_active_minus1 | 1010 | 9 | 10 reference pictures in list1 |
| weighted_pred_flag | 0 | 0 | Weighted prediction not used |
| weighted_bipred_idc | 0 | 0 | Weighted biprediction not used |
| pic_init_qp_minus26 | 1 | 0 | Initial QP (luma) = 26 |
| pic_init_qs_minus26 | 1 | 0 | Initial SI/SP QP=26 |
| chroma_qp_index_offset | 1 | 0 | No chroma QP offset |
| deblocking_filter_control_present_flag | 0 | 0 | Use default filter parameters |
| constrained_intra_pred_flag | 0 | 0 | Intra prediction is not constrained |
| redundant_pic_cnt_present_flag | 0 | 0 | Redundant picture count parameter is not used |

https://last.hit.bme.hu/download/vidtech/k%C3%B6nyvek/Iain%20E.%20Richardson%20-%20H264%20(2nd%20edition).pdf

## 5.2    H.264 syntax

The hierarchical organization of the H.264/AVC syntax can be seen in Figure 5.1 [ii]. The **Network Abstraction Layer** (NAL) consists of a series of **NAL Units** (section 5.4). Sequence Parameter Sets (SPS) and Picture Parameter Sets (PPS) are NAL units that signal certain common control parameters to the decoder (section 5.5). Coded video data is communicated in **Video Coding Layer** (VCL) NAL units, known as coded **slices**. An **access unit**, a coded



https://last.hit.bme.hu/download/vidtech/k%C3%B6nyvek/Iain%20E.%20Richardson%20-%20H264%20(2nd%20edition).pdf

### 5.4   NAL unit

Coded H.264 data is stored or transmitted as a series of packets known as Network Abstraction Layer Units, NAL Units or NALUs. Each NAL Unit consists of a 1-byte NALU header followed by a byte stream containing control information or coded video data. The header indicates the NALU type, some of which are listed in Table 5.6, and the 'importance' of the NALU. Parameter Sets and slices that are used for reference, i.e. used to predict further frames, are considered important or high priority, since their loss could make it difficult to decode subsequent coded slices. Non-reference slices are considered to be less important to the decoder, since their loss will not affect any further decoding. This information can optionally be used to prioritise certain NALUs during transmission (Chapter 8).

Coded slices are described as Video Coding Layer (VCL) NAL units. A coded sequence begins with an Instantaneous Decoder Refresh (IDR) Access Unit, made up of one or more IDR slices, each of which is an Intra coded slice. This is followed by the default slice type, i.e. a non-IDR coded slice, and/or by Data Partitioned slices. Data Partitioned slices carry different components of coded video data in separate NAL units, which may be useful in error-prone transport situations. Non-VCL NAL units include Parameter Sets, Supplemental Enhancement Information parameters that may be useful for decoding and displaying video data, but are not essential for correct decoding, and delimiters that define boundaries between coded sections.

https://last.hit.bme.hu/download/vidtech/k%C3%B6nyvek/Iain%20E.%20Richardson%20-%20H264%20(2nd%20edition).pdf

| keeping the required decoding parameters linked throughout different subsequent stages in the decoding processing, wherein in each of these stages the corresponding decoding parameters linked with current frame data to be | The standard discloses keeping the required decoding parameters (e.g., NAL type (nal_unit_type), Slice groups (num_slice_groups_minus1), slice type etc.) linked throughout different subsequent stages in the decoding processing, wherein in each of these stages the corresponding decoding parameters (e.g., NAL type (nal_unit_type), Slice groups (num_slice_groups_minus1), slice type etc.) linked with current frame data (e.g., data to be decoded) to be processed are regarded in order to allow switching of the decoding parameters (e.g., switching from parameters, such as NAL type (nal_unit_type), Slice groups (num_slice_groups_minus1), slice type etc., for one coded frame to another ) for any frame thereby avoiding decoding of invalid output data without reset.

The standard discloses various stages of decoding such as stage for detecting NAL type, identifying number of slice groups, quantization, slice type etc. and its corresponding parameters such as nal_unit_type, num_slice_groups_minus1, etc. The parameters are defined for each frame, and they change as soon as frame changes. Parameter value switches as the frame |

| | |
|---|---|
| processed are regarded in order to allow switching of the decoding parameters for any frame thereby avoiding decoding of invalid output data without reset. | switches. The switching mechanism provided by the H.264 standard avoid decoding of invalid output data by providing error resilience without any reset.<br><br>**inter coding**: Coding of a *block, macroblock, slice,* or *picture* that uses *inter prediction.*<br><br>**inter prediction**: A *prediction* derived from decoded samples of *reference pictures* other than the current *decoded picture.*<br><br>**intra coding**: Coding of a *block, macroblock, slice,* or *picture* that uses *intra prediction.*<br><br>**intra prediction**: A *prediction* derived from the decoded samples of the same *decoded slice.*<br><br>**intra slice**: See I slice.<br><br>**inverse transform**: A part of the *decoding process* by which a set of *transform coefficients* are converted into spatial-domain values, or by which a set of *transform coefficients* are converted into *DC transform coefficients.*<br><br>Source: PDF of the accused standard<br><br>## 2 How does an H.264 codec work ?<br><br>An H.264 video encoder carries out prediction, transform and encoding processes (see Figure 1) to produce a compressed H.264 bitstream. An H.264 video decoder carries out the complementary processes of decoding, inverse transform and reconstruction to produce a decoded video sequence.<br><br>https://www.vcodex.com/an-overview-of-h264-advanced-video-coding/ |

**2.2 Decoder processes**

**Bitstream decoding**

A video decoder receives the compressed H.264 bitstream, decodes each of the syntax elements and extracts the information described above (quantized transform coefficients, prediction information, etc). This information is then used to reverse the coding process and recreate a sequence of video images.

Rescaling and inverse transform

The quantized transform coefficients are **re-scaled**. Each coefficient is multiplied b an integer value to restore its original scale2. An inverse transform combines the standard basis patterns, eighted by the re- scaled coefficients, to re-create each block of residual data. These blocks are combined together to form a residual macroblock.

**Reconstruction**

For each macroblock, the decoder forms an identical prediction to the one created by the encoder. The decoder adds the prediction to the decoded residual to **reconstruct** a decoded macroblock which can then be displayed as part of a video frame.

https://www.vcodex.com/an-overview-of-h264-advanced-video-coding/

**decoding process**: The process specified in this Recommendation | International Standard that reads a *bitstream* and derives *decoded pictures* from it.

**direct prediction**: An *inter prediction* for a *block* for which no *motion vector* is decoded. Two direct *prediction* modes are specified that are referred to as spatial direct *prediction* and temporal *prediction* mode.

Source: PDF of the accused standard

**decoded picture**: A *decoded picture* is derived by decoding a *coded picture*. A *decoded picture* is either a decoded *frame*, or a decoded *field*. A decoded *field* is either a decoded *top field* or a decoded *bottom field*.

**decoded picture buffer (DPB)**: A buffer holding *decoded pictures* for reference, output reordering, or output delay specified for the *hypothetical reference decoder* in Annex C.

**decoder**: An embodiment of a *decoding process*.

Source: PDF of the accused standard

## 6.2 Source, decoded, and output picture formats

This subclause specifies the relationship between source and decoded frames and fields that is given via the bitstream.

The video source that is represented by the bitstream is a sequence of either or both frames or fields (called collectively pictures) in decoding order.

The source and decoded pictures (frames or fields) are each comprised of three sample arrays, one luma and two chroma sample arrays.

The variable ChromaFormatFactor is specified in Table 6-1, depending on the chroma format sampling structure. The value of ChromaFormatFactor shall be inferred equal to 1.5, indicating 4:2:0 sampling. In monochrome sampling there is only one sample array, which may nominally be considered a luma array. In 4:2:0 sampling, each of the two chroma arrays has half the height and half the width of the luma array. In 4:2:2 sampling, each of the two chroma arrays has the same height and half the width of the luma array. In 4:4:4 sampling, each of the two chroma arrays has the same height and width as the luma array.

Source: PDF of the accused standard

**parameter**: A *syntax element* of a *sequence parameter set* or a *picture parameter set*. Parameter is also used as part of the defined term *quantization parameter*.

Source: PDF of the accused standard

**projection**: specified correspondence between the colour samples of a *projected picture* and azimuth and elevation positions on a sphere.

**quantization parameter**: A variable used by the *decoding process* for *scaling* of *transform coefficient levels*.

Source: PDF of the accused standard

# H.264/AVC Profiles

The *baseline profile* is the simplest profile, and must be supported by all decoders. It may be useful for real-time applications such video conferencing, where the encoder and decoder must run quickly. The *main profile* is widely used. It offers a good compromis between compression performance and computational complexity. It may be suitable for basic SD TV broadcasting. The *constrain baseline* profile is a subset of the main profile that is popular for low complexity, low-delay applications such as mobile video. The *profile* has additional tools to improve the compression ratio for HD TV.

https://www.vocal.com/video/profiles-and-levels-in-h-264-avc/

### A.2.1    Baseline profile

Bitstreams conforming to the Baseline profile shall obey the following constraints:

– Only I and P slice types may be present.

– NAL unit streams shall not contain nal_unit_type values in the range of 2 to 4, inclusive.

– Sequence parameter sets shall have frame_mbs_only_flag equal to 1.

– The syntax elements chroma_format_idc, bit_depth_luma_minus8, bit_depth_chroma_minus8, qpprime_y_zero_transform_bypass_flag, and seq_scaling_matrix_present_flag shall not be present in sequence parameter sets.

– Picture parameter sets shall have weighted_pred_flag and weighted_bipred_idc both equal to 0.

– Picture parameter sets shall have entropy_coding_mode_flag equal to 0.

– Picture parameter sets shall have num_slice_groups_minus1 in the range of 0 to 7, inclusive.

– The syntax elements transform_8x8_mode_flag, pic_scaling_matrix_present_flag, and second_chroma_qp_index_offset shall not be present in picture parameter sets.

– The syntax element level_prefix shall not be greater than 15 (when present).

– The syntax elements pcm_sample_luma[ i ], with i = 0..255, and pcm_sample_chroma[ i ], with i = 0..2 * MbWidthC * MbHeightC − 1, shall not be equal to 0 (when present).

– The level constraints specified for the Baseline profile in clause A.3 shall be fulfilled.

Conformance of a bitstream to the Baseline profile is indicated by profile_idc being equal to 66.

Source: PDF of the accused standard

### 4.6    The H.264 Syntax

H.264 provides a clearly defined format or **syntax** for representing compressed video and related information. Figure 4.19 shows an overview of the structure of the H.264 syntax.

At the top level, an H.264 **sequence** consists of a series of 'packets' or Network Adaptation Layer Units, NAL Units or NALUs. These can include **parameter sets** containing key parameters that are used by the decoder to correctly decode the video data and **slices**, which are coded video frames or parts of video frames.

At the next level, a **slice** represents all or part of a coded video frame and consists of a number of coded **macroblocks**, each containing compressed data corresponding to a $16 \times 16$ block of displayed pixels in a video frame. At the lowest level of Figure 4.19, a macroblock contains type information describing the particular choice of methods used to code the macroblock,

https://last.hit.bme.hu/download/vidtech/k%C3%B6nyvek/Iain%20E.%20Richardson%20-%20H264%20(2nd%20edition).pdf



https://last.hit.bme.hu/download/vidtech/k%C3%B6nyvek/Iain%20E.%20Richardson%20-%20H264%20(2nd%20edition).pdf

nal_ref_idc shall not be equal to 0 for sequence parameter set or sequence parameter set extension or subset sequence parameter set or picture parameter set NAL units. When nal_ref_idc is equal to 0 for one NAL unit with nal_unit_type in the range of 1 to 4, inclusive, of a particular picture, it shall be equal to 0 for all NAL units with nal_unit_type in the range of 1 to 4, inclusive, of the picture.

nal_ref_idc shall not be equal to 0 for NAL units with nal_unit_type equal to 5.

nal_ref_idc shall be equal to 0 for all NAL units having nal_unit_type equal to 6, 9, 10, 11, or 12.

**nal_unit_type** specifies the type of RBSP data structure contained in the NAL unit as specified in Table 7-1.

Source: PDF of the accused standard

Table 7-1 – NAL unit type codes, syntax element categories, and NAL unit type classes

| nal_unit_type | Content of NAL unit and RBSP syntax structure | C | Annex A NAL unit type class | Annex G and Annex H NAL unit type class | Annex I and Annex J NAL unit type class |
|---|---|---|---|---|---|
| 0 | Unspecified | | non-VCL | non-VCL | non-VCL |
| 1 | Coded slice of a non-IDR picture slice_layer_without_partitioning_rbsp( ) | 2, 3, 4 | VCL | VCL | VCL |
| 2 | Coded slice data partition A slice_data_partition_a_layer_rbsp( ) | 2 | VCL | not applicable | not applicable |
| 3 | Coded slice data partition B slice_data_partition_b_layer_rbsp( ) | 3 | VCL | not applicable | not applicable |
| 4 | Coded slice data partition C slice_data_partition_c_layer_rbsp( ) | 4 | VCL | not applicable | not applicable |
| 5 | Coded slice of an IDR picture slice_layer_without_partitioning_rbsp( ) | 2, 3 | VCL | VCL | VCL |
| 6 | Supplemental enhancement information (SEI) sei_rbsp( ) | 5 | non-VCL | non-VCL | non-VCL |
| 7 | Sequence parameter set seq_parameter_set_rbsp( ) | 0 | non-VCL | non-VCL | non-VCL |
| 8 | Picture parameter set pic_parameter_set_rbsp( ) | 1 | non-VCL | non-VCL | non-VCL |
| 9 | Access unit delimiter access_unit_delimiter_rbsp( ) | 6 | non-VCL | non-VCL | non-VCL |
| 10 | End of sequence end_of_seq_rbsp( ) | 7 | non-VCL | non-VCL | non-VCL |
| 11 | End of stream end_of_stream_rbsp( ) | 8 | non-VCL | non-VCL | non-VCL |
| 12 | Filler data filler_data_rbsp( ) | 9 | non-VCL | non-VCL | non-VCL |
| 13 | Sequence parameter set extension seq_parameter_set_extension_rbsp( ) | 10 | non-VCL | non-VCL | non-VCL |
| 14 | Prefix NAL unit prefix_nal_unit_rbsp( ) | 2 | non-VCL | suffix dependent | suffix dependent |
| 15 | Subset sequence parameter set subset_seq_parameter_set_rbsp( ) | 0 | non-VCL | non-VCL | non-VCL |
| 16 | Depth parameter set depth_parameter_set_rbsp( ) | 11 | non-VCL | non-VCL | non-VCL |
| 17..18 | Reserved | | non-VCL | non-VCL | non-VCL |
| 19 | Coded slice of an auxiliary coded picture without partitioning slice_layer_without_partitioning_rbsp( ) | 2, 3, 4 | non-VCL | non-VCL | non-VCL |

Source: PDF of the accused standard

## 5.2  H.264 syntax

The hierarchical organization of the H.264/AVC syntax can be seen in Figure 5.1 [ii]. The **Network Abstraction Layer** (NAL) consists of a series of **NAL Units** (section 5.4). Sequence Parameter Sets (SPS) and Picture Parameter Sets (PPS) are NAL units that signal certain common control parameters to the decoder (section 5.5). Coded video data is communicated in **Video Coding Layer** (VCL) NAL units, known as coded **slices**. An **access unit**, a coded



https://last.hit.bme.hu/download/vidtech/k%C3%B6nyvek/Iain%20E.%20Richardson%20-%20H264%20(2nd%20edition).pdf

## 5.4   NAL unit

Coded H.264 data is stored or transmitted as a series of packets known as Network Abstraction Layer Units, NAL Units or NALUs. Each NAL Unit consists of a 1-byte NALU header followed by a byte stream containing control information or coded video data. The header indicates the NALU type, some of which are listed in Table 5.6, and the 'importance' of the NALU. Parameter Sets and slices that are used for reference, i.e. used to predict further frames, are considered important or high priority, since their loss could make it difficult to decode subsequent coded slices. Non-reference slices are considered to be less important to the decoder, since their loss will not affect any further decoding. This information can optionally be used to prioritise certain NALUs during transmission (Chapter 8).

Coded slices are described as Video Coding Layer (VCL) NAL units. A coded sequence begins with an Instantaneous Decoder Refresh (IDR) Access Unit, made up of one or more IDR slices, each of which is an Intra coded slice. This is followed by the default slice type, i.e. a non-IDR coded slice, and/or by Data Partitioned slices. Data Partitioned slices carry different components of coded video data in separate NAL units, which may be useful in error-prone transport situations. Non-VCL NAL units include Parameter Sets, Supplemental Enhancement Information parameters that may be useful for decoding and displaying video data, but are not essential for correct decoding, and delimiters that define boundaries between coded sections.

https://last.hit.bme.hu/download/vidtech/k%C3%B6nyvek/Iain%20E.%20Richardson%20-%20H264%20(2nd%20edition).pdf

**Table 5.8** Picture Parameter Set example

| Parameter | Binary code | Symbol | Discussion |
|---|---|---|---|
| pic_parameter_set_id | 1 | 0 | Picture Parameter Set 0 |
| seq_parameter_set_id | 1 | 0 | Use SPS 0 |
| entropy_coding_mode_flag | 0 | 0 | CAVLC entropy coding |
| pic_order_present_flag | 0 | 0 | POC not present |
| num_slice_groups_minus1 | 1 | 0 | One slice group |
| num_ref_idx_l0_active_minus1 | 1010 | 9 | 10 reference pictures in list0 |
| num_ref_idx_l1_active_minus1 | 1010 | 9 | 10 reference pictures in list1 |
| weighted_pred_flag | 0 | 0 | Weighted prediction not used |
| weighted_bipred_idc | 0 | 0 | Weighted biprediction not used |
| pic_init_qp_minus26 | 1 | 0 | Initial QP (luma) = 26 |
| pic_init_qs_minus26 | 1 | 0 | Initial SI/SP QP=26 |
| chroma_qp_index_offset | 1 | 0 | No chroma QP offset |
| deblocking_filter_control_present_flag | 0 | 0 | Use default filter parameters |
| constrained_intra_pred_flag | 0 | 0 | Intra prediction is not constrained |
| redundant_pic_cnt_present_flag | 0 | 0 | Redundant picture count parameter is not used |

https://last.hit.bme.hu/download/vidtech/k%C3%B6nyvek/Iain%20E.%20Richardson%20-%20H264%20(2nd%20edition).pdf

## 5.2 H.264 syntax

The hierarchical organization of the H.264/AVC syntax can be seen in Figure 5.1 [ii]. The **Network Abstraction Layer** (NAL) consists of a series of **NAL Units** (section 5.4). Sequence Parameter Sets (SPS) and Picture Parameter Sets (PPS) are NAL units that signal certain common control parameters to the decoder (section 5.5). Coded video data is communicated in **Video Coding Layer** (VCL) NAL units, known as coded **slices**. An **access unit**, a coded



https://last.hit.bme.hu/download/vidtech/k%C3%B6nyvek/Iain%20E.%20Richardson%20-%20H264%20(2nd%20edition).pdf

### 5.4  NAL unit

Coded H.264 data is stored or transmitted as a series of packets known as Network Abstraction Layer Units, NAL Units or NALUs. Each NAL Unit consists of a 1-byte NALU header followed by a byte stream containing control information or coded video data. The header indicates the NALU type, some of which are listed in Table 5.6, and the 'importance' of the NALU. Parameter Sets and slices that are used for reference, i.e. used to predict further frames, are considered important or high priority, since their loss could make it difficult to decode subsequent coded slices. Non-reference slices are considered to be less important to the decoder, since their loss will not affect any further decoding. This information can optionally be used to prioritise certain NALUs during transmission (Chapter 8).

Coded slices are described as Video Coding Layer (VCL) NAL units. A coded sequence begins with an Instantaneous Decoder Refresh (IDR) Access Unit, made up of one or more IDR slices, each of which is an Intra coded slice. This is followed by the default slice type, i.e. a non-IDR coded slice, and/or by Data Partitioned slices. Data Partitioned slices carry different components of coded video data in separate NAL units, which may be useful in error-prone transport situations. Non-VCL NAL units include Parameter Sets, Supplemental Enhancement Information parameters that may be useful for decoding and displaying video data, but are not essential for correct decoding, and delimiters that define boundaries between coded sections.

https://last.hit.bme.hu/download/vidtech/k%C3%B6nyvek/Iain%20E.%20Richardson%20-%20H264%20(2nd%20edition).pdf